# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5205
_____

JOHN HENRY ALLEN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

April 10, 2018

PER CURIAM.

The petition for writ of habeas corpus is dismissed as moot.

OSTERHAUS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John Henry Allen, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.